States Development and Manufacturing Company, and Gilbert G. Scudder, Appellants, v. Warshawsky and Company, Inc. et al., Defendants Below.

Warshawsky and Company, Inc., Defendant and Cross-Complainant, Appellant, Lavin Roofing Company, Defendant and Cross-Defendant, Appellee.

Gen. No. 45,919.

Erwin M. Pearl, and Robert A. Kahn, for certain appellants; Lord, Bissell & Kadyk, for certain other appellant; Erwin

M. Pearl, Stephen A. Milwid, and Richard E. Mueller, of counsel; A. S. Frankenstein, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed April 14, 1953; released for publication May 4, 1953.